STATE *v.* VINSON.

═══════════

STATE v. ADA WAYNE VINSON.

(Filed 22 March, 1950.)

**Criminal Law § 81b—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendant from *Bone, J.,* November Term, 1949, of WAYNE. Affirmed.

Defendant was indicted for attempting to burn an uninhabited house. There was verdict of guilty as charged, and from judgment imposing sentence the defendant appealed.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*

*J. Faison Thomson for defendant.*

PER CURIAM. One member of the Court, *Justice Barnhill,* not sitting, and the remaining members being evenly divided in opinion whether the judgment should be affirmed, or reversed on the motion to nonsuit, in accord with the practice of the Court the judgment of the Superior Court is affirmed as the disposition of the appeal without becoming a precedent. *Howard v. Coach Co.,* 216 N.C. 799, 4 S.E. 2d 449.

Affirmed.